IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA ) CR. NO. 1:07cr328-WC
) [18 U.S.C. 641]
v. )
)
SKYLER STEVEN STEELE ) INFORMATION

RECEIVED
2007 DEC 26  P 4: 12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges that:

On or about the 22nd of June 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, SKYLER S. STEELE did knowingly steal, purloin, conceal and retain, with intent to convert to his use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: black and silver extendable knife, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

EMILY M. RUSANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | AFFIDAVIT |
| | ) | |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 8:35 to 8:40 A.M., June 22nd, 2007, Linda Scott, a PX employee, observed a man by video surveillance in the Sporting Goods section opening a package containing an extendable knife. The man was observed placing the empty package back onto the display shelf in the corner of the shelf. The knife was placed in his pocket. The man then walked to the video game display for a while and he exited the PX without rendering payment for the item. The man was detained by the PX Security until I arrive for the Military Police. He was identified as SKYLER STEVEN STEELE. He was apprehended and transported to the military police station for further processing. The extendable knife is valued at $45.00 and later returned to the PX.

JACOB EVERETT BALLANGER, Military Police Officer, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this  23  day of  October 2006.

NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS