IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.  1:07cr328-WC |
| | ) | |
| SKYLER STEVEN STEELE | ) | |

# ORDER ON MOTION

On February 26, 2008, the defendant, SKYLER STEVEN STEELE, filed a motion for appointment of counsel. Upon further review, the court finds that the defendant, SKYLER STEVEN STEELE, is *not* eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Defendant has failed to establish a basis for appointment of counsel, therefore, it is

ORDERED that the motion is DENIED.

Date:   February 26, 2008

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE