IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * CASE NO. 1:07CR328-WC |
| | * |
| SKYLER STEVEN STEELE | * |

## ENTRY OF APPEARANCE

Comes now Alfred F. Livaudais, Jr., and enters his appearance as attorney of record for the Defendant, Skyler Steven Steele, in the above styled case.

_____
Alfred F. Livaudais, Jr. (LIV013)
Attorney for Defendant
Urech & Livaudais, P.C.
P. O. Drawer 70
Daleville, AL 36322
(334) 598-4455

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing document upon opposing counsel by hand delivery, properly addressed to: Hon. Emily M. Ruisanchez, Special Assistant United States Attorney, Office of the Staff Judge Advocate, Soldier Service Support Center, Bldg 5700, Ft. Rucker, AL 36362-5000, on this the 11th day of March, 2008.

_____
Of Counsel