UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00328-WC |
| | ) | |
| **SKYLER STEVEN STEELE** | ) | |

## MOTION FOR TELEPHONIC PRETRIAL CONFERENCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to allow for a telephonic pretrial conference and/or reschedule the pretrial conference in the above-styled case, scheduled for April 14, 2008, at 9:00 A.M., as grounds would show unto the court the following:

1. Counsel for the defendant has a conflict that will not allow him to be personally available on the date scheduled by the Court.

2. The conflict is a previously scheduled business trip to Bethesda, Maryland from April 11, 2008, until April 16, 2008.

3. The undersigned Special Assistant United States Attorney has no objection.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court allow for a telephonic pretrial conference and/or reschedule the pretrial conference in the above-styled case on or after April 17, 2008.

Respectfully submitted this the 9th day of April, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00328-WC |
| | ) | |
| SKYLER STEVEN STEELE | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Alfred F. Livaudais, Jr., Attorney for Skyler Steven Steele, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Skyler Steven Steele.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil