IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr328-WC |
| | ) | |
| SKYLER STEVEN STEELE | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Government's Motion for Telephonic Pretrial Conference, filed April 12, 2008 (Doc #12), is GRANTED to the extent that the pretrial presently scheduled for April 14, 2008 at 9:00 a.m. will be held telephonically. It is further ORDERED that the Government set up the telephone conference.

DONE this 9th day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE