IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr328-WC |
| | ) | |
| SKYLER STEVEN STEELE | ) | |

## **ORDER**

    For good cause, it is

    ORDERED that the ORDER Granting Government's Motion for Telephonic Pretrial Conference (filed April 9, 2008, Doc 13) is amended to reflect the date the motion was filed was April 9, 2008, rather than April 12, 2008.

    DONE this 11th day of April, 2008.


                                     /s/ Wallace Capel, Jr.
                                     WALLACE CAPEL, JR.
                                   UNITED STATES MAGISTRATE JUDGE