IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| | * | |
| vs. | * | CASE NO. 1:07CR328-WC |
| | * | |
| | * | |
| SKYLER STEVEN STEELE | * | |

## MOTION TO CONTINUE

Comes now the Defendant, Skyler Steven Steele, and moves this Honorable Court to continue to trial now set for Monday, May 15, 2008 and states as reason for the continuance as follows:

1. The Defendant has applied for Pretrial Diversion.

2. The Defendant has been informed by the United States Probation Office, Dothan, Alabama, that the probation officer conducting the initial assessment has recommended the Defendant be approved for the program. All required documents were completed on May 5, 2008 and the recommendation is being sent in May 6, 2008, via U.S. mail, to the United States Attorney for decision on the application.

3. That Defendant expects to be approved for inclusion in the Pretrial Diversion program.

WHEREFORE, Defendant moves this Honorable Court to continue the trial now set for Monday, May 12, 2008 in order for the Defendant to enter and complete Pretrial Diversion.

Respectfully submitted, this the 6th day of May, 2008.

/s/ Alfred F. Livaudais, Jr.
_____
Alfred F. Livaudais, Jr. (LIV013)

Attorney for Defendant
Urech & Livaudais, P.C.
P. O. Drawer 70
Daleville, AL 36322
(334) 598-4455

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the above and foregoing document upon opposing counsel by hand delivery, properly addressed to: Hon. Emily M. Ruisanchez, Special Assistant United States Attorney, Office of the Staff Judge Advocate, Soldier Service Support Center, Bldg 5700, Ft. Rucker, AL 36362-5000, on this the 6th day of May, 2008.

/s/ Alfred F. Livaudais, Jr.
_____
Of Counsel