UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00328-WC |
| | ) | |
| SKYLER STEVEN STEELE | ) | |

## MOTION FOR LEAVE TO FILE STATUS REPORT

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to provide a status report as follows:

1. Mr. Steele was arraigned on March 11, 2008.

2. Mr. Steele submitted a request for pre-trial diversion on March 10, 2008.

3. A pre-trial diversion agreement is currently with the U.S. Probation Office, pending signature approval.

4. A motion to continue trial was filed by counsel for the defendant, Mr. Alfred F. Livaudais Jr., on May 6, 2008.

Respectfully submitted this the 6th day of May, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>SKYLER STEVEN STEELE  ) | Case No. 1:07-CR-00328-WC |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Alfred F. Livaudais Jr., Attorney for Skyler Steven Steele, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Skyler Steven Steele.

        Respectfully submitted,

        LEURA GARRETT CANARY
        UNITED STATES ATTORNEY


        /s/ Emily M. Ruisanchez
        EMILY M. RUISANCHEZ
        Special Assistant United States Attorney
        Soldier Service Center, Bldg. 5700
        Fort Rucker, Alabama 36362
        Telephone: (334) 255-9141
        Fax: (334) 255-1869
        E-mail: emily.ruisanchez@us.army.mil