IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR NO: 1:07cr328-WC |
| ) | |
| SKYLER STEVEN STEELE  ) | |

**ORDER ON MOTION**

On May 6, 2008, Defendant filed a Motion to Continue Trial (Doc. #18). For good cause, it is

ORDERED that the Motion to Continue Trial , is GRANTED. The Trial currently set for May 12, 2008 is hereby reset for July 14, 2008 at 10:00 a.m. at the Federal Building and United States Courthouse, Dothan, AL.

DONE this 7th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE