IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00328-WC |
| | ) | |
| **SKYLER STEVEN STEELE** | ) | |

# **ORDER**

Upon consideration of the Motion for Leave to Dismiss Information (Doc. #21), and for good cause shown, it is,

ORDERED that the Motion is GRANTED. This case is against defendant is DISMISSED.

DONE this 9th day of May 2008.

/s/ Wallace Capel Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE